1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER DAULT and JEANNINE DAULT,

Plaintiff,

vs

CHAD CARR and PIERCE COUNTY, et al.,

Defendant.

CV07-5708FDB

MINUTE ORDER

NOW, on this 9th day of June, 2009, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the request of parties, the deadline to conclude

discovery and to disclose expert witnesses is extended to August 22, 2009.

The 39.1 settlement report deadline is extended to September 1, 2009.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

 __/s/ **Pat LeFrois**___
Pat LeFrois
Courtroom Deputy