UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ROGER DAULT and JEANNINE DAULT, | |
|---|---|
| Plaintiffs, | CASE NO. C07-5708BHS |
| v. | |
| DEPUTY CHAD CARR, a Pierce County Sheriff's Deputy and his marital community; et al., | ORDER DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment (Dkt. 19) and Defendants' Cross-Motion for Summary Judgment (Dkt. 24). The Court has considered the pleadings filed in support of and in opposition to the motions and the remainder of the file and hereby denies the motions for the reasons stated herein.

## I. FACTUAL AND PROCEDURAL BACKGROUND

On November 19, 2007, Plaintiffs filed a complaint for damages against Defendants in the Pierce County Superior Court for the State of Washington. Dkt. 1-2. On December 26, 2007, the case was removed to this Court and assigned to the Honorable Franklin D. Burgess. Dkt. 1. On July 21, 2008, the Court issued a scheduling

ORDER - 1

order that provided, in part, as follows: "All remaining motions, including DISPOSITIVE MOTIONS, shall be filed by 07/21/2009." Dkt. 8 at 1.

On August 13, 2009, the matter was reassigned to the undersigned. Dkt. 16.

On September 11, 2009, Plaintiffs filed a Motion for Summary Judgment. Dkt. 19. On October 5, 2009, Defendants responded and included a Cross-Motion for Summary Judgment. Dkt. 24. On October 9, 2009, Plaintiffs' replied to their motion. Dkt. 26..

## II. DISCUSSION

When an act must be done within a specified time, the court may, for good cause, extend the time on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P. 6(b).

In this case, both Plaintiffs' motion and Defendants' motion were filed after the deadline for the filing of motions. Moreover, the parties have not filed a motion for an extension of the deadline and have failed to show either good cause or excusable neglect. Therefore, the Court denies both Plaintiffs' motion and Defendants' motion as untimely.

## III. ORDER

Therefore, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment (Dkt. 19) is **DENIED** and Defendants' Cross-Motion for Summary Judgment (Dkt. 24) is **DENIED**.

DATED this 9th day of October, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2